<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1794**

———————

LISA MURRAY,

                              Plaintiff - Appellant,

        versus

FAIRFAX COUNTY SCHOOL BOARD,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-02-14-A)

———————

Submitted: November 7, 2002        Decided: November 14, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lisa Murray, Appellant Pro Se. Ardra Monique O'Neal, HUNTON & WILLIAMS, McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lisa Murray appeals the district court's order granting her employer's motion for summary judgment and dismissing her discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court for the reasons stated from the bench. <u>See</u> <u>Murray v. Fairfax Cty. Sch. Bd.</u>, No. CA-02-14-A (E.D. Va. filed July 12, 2002 & entered July 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>